# EXHIBIT D

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM
NYSCEF DOC. NO.: 6

INDEX NO. 652265/2024

RECEIVED NYSCEF: 05/02/2024

Case 25-01295-MBK    Doc 1-4    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit D    Page 2 of 4

EXHIBIT B

FORM OF BORROWING REQUEST

[ October 12 ], 2023

Reference is made to the Credit Agreement, dated as of June 2, 2022 (as it may be amended, supplemented or otherwise modified, the "Credit Agreement"; the terms defined therein and not otherwise defined herein being used herein as therein defined), by and among Moshe Silber, an individual as Borrower (the "Borrower"), the Lenders party thereto from time to time, Acquiom Agency Services LLC, as administrative agent and collateral agent (collectively, the "Administrative Agent").

Pursuant to Section 2.03 of the Credit Agreement, the Borrower desires that Lenders make the following Loans to the Borrower in accordance with the applicable terms and conditions of the Credit Agreement:

(i)      the aggregate amount of the requested Borrowing:    $[ 5,000,000 ]

(ii)     the date of such Borrowing (the "Borrowing Date"):    [ 10/16/23 ]

(iii)    Type of Loan:                     SOFR Loan

(iii)    Wiring instructions:

                        Bank Name:           Keybank NA
                        Bank Address:     2515 South Rd Poughkeepsie, NY 12601
                        ABA Number:      021300077
                        Account Number:  322441201193
                        Attention:
                        Reference:         CDCC 1 LLC

The Borrower hereby certifies that, as of the Borrowing Date:

(a)      no Borrowing Base Deficiency exists;

(b)      the representations and warranties contained in each of the Loan Documents are true and correct in all material respects (or, in the case of any such representation or warranty already qualified by materiality, in all respects) on and as of the Borrowing Date (or, in the case of any such representation or warranty expressly stated to have been made as of a specific date, as of such specific date);

(c)      no Default or Event of Default has occurred and is continuing or would result from the consummation of the borrowing contemplated hereby;

(d)     (i) the Proposed Investment is to be made solely by the Borrower or by a Designated LLC and (ii) no other Person (other than a Designated LLC or other Wholly-Owned Subsidiary of the Borrower) has an interest in such Proposed Investment;

(e)     the statement attached hereto as Schedule I is a true and correct description of the Proposed Investment, and if any information in the statement changes between the date hereof and the Borrowing Date, the Borrower shall promptly notify the Lenders;

(f)      if the Proposed Investment constitutes Margin Stock, the amount of the proceeds of the Term Loan being applied to purchase the Margin Stock does not exceed 50% of the fair market value of such Margin Stock; and

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM
INDEX NO. 652265/2024
NYSCEF DOC. NO: 6
RECEIVED NYSCEF: 05/02/2024

Case 25-01295-MBK    Doc 1-4    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit D    Page 3 of 4

      (g)     if the Proposed Investment is not a Proposed Cash Investment, the legal organizational chart attached hereto as <u>Schedule II</u> shows the ownership structure of the Proposed Investment.

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM        INDEX NO. 652265/2024

NYSCEF DOC. NO: 6                                        RECEIVED NYSCEF: 05/02/2024

Moshe Silber

_____

Name: Moshe Silber

KL2 3285683.4