# EXHIBIT E

EXECUTION

## Guaranty Supplement No. 1

GUARANTY SUPPLEMENT NO. 1, dated as of November 28, 2023 (this "Supplement"), to the Guaranty Agreement, dated as of June 2, 2022 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Guaranty"), Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, and CBCC 5 LLC (and together with each of their successors and permitted assigns, collectively, the "Guarantors" and each, a "Guarantor"), and Acquiom Agency Services LLC (as administrative agent for the Secured Parties (as defined in the Credit Agreement), and together with its successors and permitted assigns, the "Administrative Agent").

A.    Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Credit Agreement.

B.    The Guarantors have entered into the Guaranty in order to induce the Secured Parties to extend credit to the Borrower.  The Guaranty provides that additional entities may become Guarantors under the Guaranty by execution and delivery of an instrument in the form of this Supplement.  Each undersigned guarantor (each, a "New Guarantor", and collectively, the "New Guarantors") is executing this Supplement in accordance with the requirements of the Guaranty and the Credit Agreement to become a Subsidiary Guarantor under the Credit Agreement in order to induce the Secured Parties to extend credit to the Borrower and as consideration for credit previously extended.

Accordingly, the Administrative Agent and the New Guarantors agree as follows:

SECTION 1.    Each New Guarantor by its signature below becomes a Guarantor under the Guaranty with the same force and effect as if originally named therein as a Guarantor, and each New Guarantor hereby (a) agrees to all the terms and provisions of the Guaranty applicable to it as a Guarantor thereunder and (b) represents and warrants that the representations and warranties made by it as a Guarantor thereunder are true and correct in all material respects (without duplication of any materiality or Material Adverse Effect qualifier) on and as of the date hereof.  Each reference to a "Guarantor" in the Guaranty shall be deemed to include each New Guarantor.

SECTION 2.    Each New Guarantor represents and warrants to the Administrative Agent and the other Secured Parties that this Supplement has been duly authorized, executed and delivered by it and constitutes its legal, valid and binding obligation, enforceable against it in accordance with its terms, subject to (i) the effects of bankruptcy, insolvency, moratorium, reorganization, fraudulent conveyance or other similar laws affecting creditors' rights generally, (ii) general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law) and (iii) implied covenants of good faith and fair dealing.

SECTION 3.    This Supplement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute but one contract.  This Supplement shall become effective when (a) the Administrative Agent shall have received a counterpart of this Supplement that bears the signature of the New Guarantors and (b) the Administrative Agent has executed a counterpart hereof.  Delivery of an executed signature page to this Supplement by facsimile or other electronic transmission shall be as effective as delivery of a manually signed counterpart of this Supplement.

SECTION 4.    Except as expressly supplemented hereby, the Guaranty shall remain in full force and effect.

SECTION 5.    THIS SUPPLEMENT AND ANY CLAIMS, CONTROVERSY, DISPUTE OR CAUSE OF ACTION (WHETHER IN CONTRACT OR TORT OR OTHERWISE) BASED UPON, ARISING OUT OF OR RELATING TO THIS SUPPLEMENT AND THE TRANSACTIONS CONTEMPLATED HEREBY AND THEREBY SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK.

SECTION 6.    In the event any one or more of the provisions contained in this Supplement should be held invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein and in the Guaranty shall not in any way be affected or impaired thereby.  The parties shall endeavor in good faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

SECTION 7.    All communications and notices hereunder shall be in writing and given as provided in Section 16 of the Guaranty.

[*Signature Pages Follow*]

[*Signature Page to Guaranty Supplement No. 1*]

IN WITNESS WHEREOF, the New Guarantors and the Agent have duly executed this Supplement to the Guaranty as of the day and year first above written.

**NEW GUARANTORS**

**WESTWOOD JACKSON APTS MM LLC**

By:_____
    Name: Moshe Silber
    Title: Managing Member

**WESTWOOD JACKSON APTS LLC**

By: Westwood Jackson Apts MM LLC, its Managing
    Member

By:_____
    Name: Moshe Silber
    Title: Authorized Signatory

**CBRM REALTY INC**

By:_____
    Name: Moshe Silber
    Title: Chief Executive Officer

*[Signature Page to Guaranty Supplement No. 1]*

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM

NYSCEF DOC. NO. 9

INDEX NO. 652265/2024

RECEIVED NYSCEF: 05/02/2024

Case 25-01295-MBK    Doc 1-5    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc

Exhibit E    Page 5 of 5

**ACQUIOM AGENCY SERVICES LLC**, as
Administrative Agent

By: _Kayla Campobasso_
Name:  Kayla Campobasso
Title:   Associate Director

*[Signature Page to Guaranty Supplement No. 1]*