# EXHIBIT F

Case 25-01295-MBK    Doc 1-6    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit F    Page 2 of 6

EXECUTION VERSION

BORROWING REQUEST

November 28, 2023

Reference is made to the Credit Agreement, dated as of June 2, 2022 (as it may be amended, supplemented or otherwise modified, the "Credit Agreement"; the terms defined therein and not otherwise defined herein being used herein as therein defined), by and among Moshe Silber, an individual as Borrower (the "Borrower"), the Lenders party thereto from time to time, Acquiom Agency Services LLC, as administrative agent and collateral agent (collectively, the "Administrative Agent").

Pursuant to Section 2.03 of the Credit Agreement, the Borrower desires that Lenders make the following Loans to the Borrower in accordance with the applicable terms and conditions of the Credit Agreement:

(i)     the aggregate amount of the requested Borrowing:     $7,750,000

(ii)    the date of such Borrowing (the "Borrowing Date"):     November 28, 2023

(iii)   Type of Loan:     SOFR Loan

(iii)   Wiring instructions:

|  |  |
|---|---|
| Bank Name: | Key Bank NA |
| Bank Address: | 2515 South Rd. Poughkeepsie, NY 12601 |
| ABA Number: | 021300077 |
| Account Number: | 322441001193 |
| Reference: | Silber-O'Connor |

The Borrower hereby certifies that, as of the Borrowing Date:

(a)     no Borrowing Base Deficiency exists;

(b)     the representations and warranties contained in each of the Loan Documents are true and correct in all material respects (or, in the case of any such representation or warranty already qualified by materiality, in all respects) on and as of the Borrowing Date (or, in the case of any such representation or warranty expressly stated to have been made as of a specific date, as of such specific date);

(c)     no Default or Event of Default has occurred and is continuing or would result from the consummation of the borrowing contemplated hereby;

(d)     (i) the Proposed Investment is to be made solely by the Borrower or by a Designated LLC and (ii) no other Person (other than a Designated LLC or other Wholly-Owned Subsidiary of the Borrower) has an interest in such Proposed Investment;

(e)     the statement attached hereto as Schedule I is a true and correct description of the Proposed Investment, and if any information in the statement changes between the date hereof and the Borrowing Date, the Borrower shall promptly notify the Lenders;

(f)     if the Proposed Investment constitutes Margin Stock, the amount of the proceeds of the Term Loan being applied to purchase the Margin Stock does not exceed 50% of the fair market value of such Margin Stock; and

758943767

(g)      if the Proposed Investment is not a Proposed Cash Investment, the legal organizational chart attached hereto as <u>Schedule II</u> shows each ownership structure of the Proposed Investment.

758943767

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM

NYSCEF DOC. NO. 7

INDEX NO. 652265/2024

RECEIVED NYSCEF: 05/02/2024

Case 25-01295-MBK    Doc 1-6    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit F    Page 4 of 6

**Moshe Silber**

_____
Name: Moshe Silber

[Signature Page to Borrowing Request]

Schedule I
Description of the Proposed Investment

   The use of proceeds from the Borrowing Request dated as of the date hereof will continue renovations on the Borrower's existing portfolio in order to move towards closing on a loan on a number of assets in the Borrower's portfolio. The proposed contractor payments have been separately provided to the Lenders.

758943767

INDEX NO. 652265/2024

RECEIVED NYSCEF: 05/02/2024

Schedule II
Legal Organizational Chart

NOT APPLICABLE

758943767