# EXHIBIT G

## NOTICE OF EVENT OF DEFAULT AND ACCELERATION

March 6, 2024

**VIA FEDERAL EXPRESS AND EMAIL**
Moshe Silber
46 Main Street, Suite 339
Monsey, New York 10952
Email: mark@cbrmrealty.com
Telephone: (845) 538-6701

Each Guarantor Listed on Annex A
c/o Moshe Silber
46 Main Street, Suite 339
Monsey, New York 10952
Email: mark@cbrmrealty.com
Telephone: (845) 538-6701

Re: (i) Credit Agreement, dated as of June 2, 2022 (as amended, supplemented or otherwise modified prior to the date hereof, the "**Credit Agreement**"; terms used herein and defined in the Credit Agreement shall have the meaning herein as therein defined), among yourself, as borrower (the "**Borrower**"), each lender that is a party thereto (collectively, the "**Lenders**"), and Acquiom Agency Services LLC, as Administrative Agent (the "**Administrative Agent**") and (ii) Guaranty Agreement, dated as of June 2, 2022 (as amended, supplemented or otherwise modified prior to the date hereof, the "**Guaranty**"), by and among each person listed as a Guarantor Annex A hereto (the "**Guarantors**") and the Administrative Agent.

Ladies and Gentlemen:

The Administrative Agent, acting at the direction of the Lenders, hereby notifies you that you failed to pay interest in the amount of $234,798.70 on March 1, 2024. As of today such interest payment has not been made and the grace period provided under Section 7.01(b) has expired. Accordingly, an Event of Default under Section 7.01(b) of the Credit Agreement exists and is continuing as of today.

Pursuant to Section 7.01 of the Credit Agreement (and without limitation of any other rights available to Administrative Agent and the Lenders under the Credit Agreement and the Loan Documents), the Administrative Agent (acting at the direction of the Lenders) hereby declares the principal of and interest on all outstanding Term Loans and all fees and other Obligations (including, without limitation, the Unpaid Minimum Return Amount) to be due and payable immediately. Pursuant to Section 2.09(b) of the Credit Agreement, commencing on the date hereof, all principal, interest and other unpaid Obligations (including, without limitation, the Unpaid Minimum Return Amount) shall accrue interest at the Default Rate until paid in full.

The Administrative Agent (acting at the direction of the Lenders) hereby notifies each Guarantor that, pursuant to the immediately preceding paragraph, all principal of and interest on all outstanding Term Loans and all fees and other Obligations (including, without limitation, the Unpaid Minimum Return Amount) has become due and payable immediately. Accordingly, pursuant to the Guaranty, the Administrative Agent hereby demands the immediate payment of all such amounts by the Guarantors.

The foregoing is not intended to be an exhaustive listing of Defaults or Events of Default that may exist under the Credit Agreement, and there may be additional existing Defaults or Events of Default that have

- 2 -

not been specified in this letter. The Administrative Agent and the Lenders reserve the right to supplement this letter at any time to add additional Defaults or Events of Default. Any failure to specify any existing Default or Event of Default does not constitute a waiver on the part of the Administrative Agent or the Lenders of such Default or Event of Default or the right of the Administrative Agent or the Lenders to assert such Default or Event of Default at a later date.

This letter shall not operate as a waiver of any right or remedy of the Administrative Agent or the Lenders under the Credit Agreement, the Guaranty, the other Loan Documents or applicable law. The Administrative Agent and the Lenders reserve all of their respective rights under the Credit Agreement, the Guaranty, the other Loan Documents and applicable law to enforce their rights and remedies at any time and from time to time in connection with the foregoing Event of Default and any and all other Defaults or Events of Default that may now exist or may hereafter arise. Without limitation of the foregoing, the Administrative Agent and the Lenders expressly reserve all of their rights, powers, privileges and remedies under the Credit Agreement, the Guaranty and the other Loan Documents and/or applicable law or in equity, including, without limitation, their rights at any time, as applicable: (i) to commence any legal or other action to collect any or all of the Obligations from the Borrower, any Guarantor or any other Person liable therefore and/or any Collateral securing the Obligations; (ii) to foreclose or otherwise realize on any or all of the Collateral and/or as appropriate, set-off or apply to the payment of any or all of the Obligations, any or all of the Collateral; (iii) to take any other enforcement action or otherwise exercise any or all rights and remedies provided for by any or all of the Credit Agreement, the Guaranty or the other Loan Documents or applicable law or in equity; and (iv) to reject any forbearance, financial restructuring or other proposal that may be made by or on behalf of the Borrower, any Guarantor or any creditor or equity holder of the Borrower or any Guarantor. The Administrative Agent and the Lenders may exercise any of their rights, powers, privileges and remedies, including those set forth in clauses (i) through (iv) above at any time in their sole and absolute discretion without further notice.

This letter shall be governed by and construed in accordance with the law of the State of New York.

Very truly yours,

**ACQUIOM AGENCY SERVICES LLC**

By: _/s/ Kayla Campobasso_
    Name: Kayla Campobasso
    Title: Associate Director

KL2 3381021.3

FILED: NEW YORK COUNTY CLERK 05/02/2024 11:24 AM
NYSCEF DOC. NO. 11
INDEX NO. 652265/2024
RECEIVED NYSCEF: 05/02/2024

Case 25-01295-MBK    Doc 1-7    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit G    Page 4 of 4

**Annex A**
**List of Guarantors**

Fox Capital LLC, a New York limited liability company

CBCC 1 LLC, a Delaware limited liability company

CBCC 2 LLC, a Delaware limited liability company

CBCC 3 LLC, a Delaware limited liability company

CBCC 4 LLC, a Delaware limited liability company

CBCC 5 LLC, a Delaware limited liability company

Westwood Jackson Apts MM LLC, a Delaware limited liability company

Westwood Jackson Apts LLC, a Delaware limited liability company

CBRM Realty Inc., a New York corporation

KL2 3381021.3