# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK – COMMERCIAL DIVISION
--------------------------------------------------------------- x
ACQUIOM AGENCY SERVICES LLC,                              :
                                                          :   Index No. 652265/2024
                Plaintiff,                           :
                                                          :   IAS Part 45
   - against -                                          :
                                                          :   Justice Anar Rathod Patel
FOX CAPITAL LLC, CBCC 1 LLC, CBCC 2 LLC,                  :
CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC,                       :
WESTWOOD JACKSON APTS MM LLC,                             :   [PROPOSED] JUDGMENT
WESTWOOD JACKSON APTS LLC, and CBRM                       :
REALTY INC.,                                              :
                                                          :
                Defendants.                          :
                                                          :
--------------------------------------------------------------- x

       Plaintiff Acquiom Agency Services LLC ("Plaintiff"), having commenced this action by Summons and Notice of Motion for Summary Judgment in Lieu of Complaint, dated May 2, 2024 [NYSCEF Doc. Nos. 1-13] ("Motion"), against Defendants Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC, and CBRM Realty Inc. ("Defendants"); and Defendants having opposed Plaintiff's Motion;

       **WHEREAS**, the Court, having fully considered (1) Plaintiff's moving papers, submitted May 2, 2024 [NYSCEF Doc. Nos. 1-13]; (2) Defendants' opposition thereto, submitted June 17, 2024 [NYSCEF Doc. Nos. 25-27]; and (3) Plaintiff's reply papers, submitted June 27, 2024 [NYSCEF Doc. No 28];

       **WHEREAS**, the Court, having issued its Decision + Order On Motion, dated August 2, 2024, and entered in the Office of the County Clerk of New York County on August 6, 2024, granting Plaintiff's Motion as to liability and in the amount of $19,185,000, and further directing an inquest as to an award of interest [NYSCEF Doc. No. 29];

WHEREAS, Plaintiff having served a copy of the Decision + Order On Motion with Notice of Entry upon Defendants on August 6, 2024 [NYSCEF Doc. No. 30];

WHEREAS, on August 14, 2024 Plaintiff informed the Court by email and Affirmation of Lazar Sterling-Jackson, dated August 14, 2024 (the "Affirmation") that it has waived the recovery of any award of interest in this action, other than statutory interest on the amounts owed by Defendants to Plaintiff, and that no inquest therefore would be needed;

WHEREAS, in the Affirmation, Plaintiff also waived the recovery of its other costs and disbursements in this action;

NOW, THEREFORE, upon application by Pryor Cashman LLP, attorneys for Plaintiff,

ADJUDGED that Plaintiff Acquiom Agency Services LLC, having an address at 950 17th Street, Suite 1400, Denver, Colorado 80202, shall have and recover, jointly and severally, from Defendants Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC, and CBRM Realty Inc., having, upon information and belief, the same addresses at 46 Main Street, Suite 339, Monsey, New York 10952, the amount of $19,185,000, plus prejudgment and post-judgment interest on that amount at the statutory rate of 9% per annum, pursuant to CPLR 5004, and that Plaintiff have execution therefor.

interest in the amount of $1,835,452.60 for a total sum of $21,020,452.60    X

2

FILED: NEW YORK COUNTY CLERK 09/05/2024 10:07 AM
INDEX NO. 652265/2024
NYSCEF DOC. NO. 37
RECEIVED NYSCEF: 09/05/2024

Case 25-01295-MBK    Doc 1-8    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit H    Page 4 of 5

Judgment signed and entered

this 14th day of August, 2024

FILED
Sep 05 2024
NEW YORK
COUNTY CLERK'S OFFICE

ENTER:

Hon. Anar Rathod Patel, ~~J.S.C.~~
            A.J.S.C.

ENTER:

Clerk of the Court

3

Index No. 652265/2024

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK – COMMERCIAL DIVISION**

ACQUIOM AGENCY SERVICES LLC,

                Plaintiff,

      -against-

FOX CAPITAL LLC, CBCC 1 LLC, CBCC 2 LLC,
CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC,
WESTWOOD JACKSON APTS MM LLC,
WESTWOOD JACKSON APTS LLC,
and CBRM REALTY INC.,

                Defendants.

## ~~PROPOSED~~ JUDGMENT

**PRYOR CASHMAN LLP**
*Attorneys for Plaintiff Acquiom Agency Services LLC*
7 TIMES SQUARE
NEW YORK, N.Y. 10036-6569
212-421-4100

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice law in the State of New York, certifies that, upon information and belief based upon reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: August 14, 2024

Signature: _/s/_

Printed Name: Lazar Sterling-Jackson

```
1-9
FILED AND
DOCKETED
Sep 05 2024
AT    10:04 A   M
N.Y. CO. CLK'S OFFICE
```