# EXHIBIT I

 

# OFFICE OF THE SHERIFF
## COUNTY OF ROCKLAND

55 New Hempstead Road
New City, New York 10956

Telephone: (845) 638-5456
Fax: (845) 638-5460

**LOUIS FALCO III**
*SHERIFF*

**MARY T. BARBERA**
*UNDERSHERIFF*

**ROBERT VANCURA**
*UNDERSHERIFF*

**DENNIS J. SALEMO**
*CHIEF*

**January 14, 2025**

Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC and CBRM Realty Inc.
46 Main Street, Suite 339
Monsey, NY 10952

Acquiom Agency Services LLC
Vs.
Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC and CBRM

Greetings:

The Rockland County Sheriff's Office, Civil Enforcement Division, has received a Property Execution directing us to satisfy a money judgment from your property (personal or real property).
Failure to remit payment in full will result in this Property Execution being used to seize and sell at Sheriff's sale any property you may own.
The following amounts will be collected:

| | |
|---|---:|
| Poundage | $656,139.98 |
| Property Execution | $30.00 |
| Mileage | $10.72 |
| Interest on Principal | $684,172.54 |
| Principal | $21,020,452.60 |
| Total | $22,360,805.84 |

Please be advised that interest is figured on a daily basis at a rate of $5,183.13. The payoff amount calculated as of 2/28/2025 is **$22,601,043.70**. Contact this office for a final payoff prior to remitting payment in full.
Checks or money orders must be made payable to:

    The Sheriff of Rockland County
    55 New Hempstead Road
    New City, New York 10956
    Attention: Civil Enforcement Division

To make a payment by credit/debit card, log onto our website at www.rocklandcountysheriffoffice.com and look for the credit/debit card link or call Allpaid/Govpaynet at 1(888)604-7888. Our pay location code (PLC) is "a000cr".

(Please Include Sheriff's case number on check or money order)
You must contact the Deputy listed below immediately to resolve this matter voluntarily.

**Lt. Christopher Schaub**

# EXECUTION NOTICE

Pursuant to subdivision (l) of section fifty-two hundred five of the Civil Practice Law and Rules, three thousand dollars of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in paragraph two of subdivision (l) of section fifty-two hundred five of the Civil Practice Law and Rules, is exempt from execution and that the garnishee cannot levy upon or restrain two thousand seven hundred fifty dollars in such account. Further, pursuant to subdivision (i) of section fifty-two hundred twenty-two of the Civil Practice Law and Rules, an execution shall not apply to an amount equal to or less than ninety percent of the greater of two hundred forty times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or two hundred forty times the state minimum hourly wage prescribed in section six hundred fifty-two of the labor law as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

# OFFICE OF THE SHERIFF
## COUNTY OF ROCKLAND

55 New Hempstead Road
New City, New York 10956

Telephone: (845) 638-5456
Fax: (845) 638-5460



**LOUIS FALCO III**
SHERIFF

**MARY T. BARBERA**
UNDERSHERIFF

**ROBERT VANCURA**
UNDERSHERIFF

**DENNIS J. SALEMO**
CHIEF

January 14, 2025

Greetings:

As it appears that you are indebted to the judgment debtor, named in the attached Property Execution **or** are in possession of property in which the judgment debtor has an interest, including, without limitation, the following specified debt and property:

    a.    Bank Account
    b.    Rent Payment (due the defendant as landlord)
    c.    Payment for the performance of fulfillment of a contract (except wages or salary)
    d.    Stocks, bonds, etc.
    e.    Any money or thing of value due or to become due the judgment debtor

The balance of this Property Execution as of 2/28/2025 **is $22,601,043.70**

You, therefore, are required by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the Sheriff all personal property in which the judgment debtor is known or believed to have an interest now in or hereafter coming into your possession or custody <u>including any property specified in the attached property execution;</u> and to execute any documents necessary to effect such transfer or payment.

Please take notice that until such transfer or payment is made you are forbidden to make any sale, assignment or transfer of any such property, or pay over or otherwise dispose of any such debts to any person other than the Sheriff, except upon direction of the Sheriff or pursuant to any order of the court.

**IF YOU ARE <u>NOT</u> IN POSSESSION OR INDEBTED TO THE JUDGMENT DEBTOR IN ANY WAY THEN A LETTER INDICATING THAT <u>MUST</u> BE RECEIVED BY THE SHERIFF'S CIVIL ENFORCEMENT DIVISION IMMEDIATELY.**

**FAILURE TO TURN OVER PROPERTY OR RESPOND TO ANY PART OF THIS ORDER MAY BE PUNISHABLE IN COURT.**

**PLEASE CONTACT THIS OFFICE PRIOR TO REMITTING PAYMENT AS INTEREST IS CALCULATED DAILY.**

<u>Checks must be made payable to:</u>    Sheriff's Case# **24002478**
**The Sheriff of Rockland County
55 Hempstead Road
New City, NY 10956
Attention: Civil Enforcement Division**

If you have any questions regarding this matter, please contact this office at your earliest convenience.

Lt. Christopher Schaub
(845) 638-5703

*A NOTICE TO JUDGMENT DEBTOR IN THE FORM PRESENTED BY CPLR 5222(e) HAS BEEN SERVED UPON JUDGMENT DEBTOR WITHIN A YEAR*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK – COMMERCIAL DIVISION

---

ACQUIOM AGENCY SERVICES LLC,

        Plaintiff,

-against-

FOX CAPITAL LLC, CBCC 1 LLC, CBCC 2 LLC,
CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC,
WESTWOOD JACKSON APTS MM LLC,
WESTWOOD JACKSON APTS LLC, and
CBRM REALTY INC.,

        Defendants.

**PROPERTY EXECUTION (AMENDED)**

Index No. 652265/2024

---

TO THE SHERIFF OF ANY COUNTY OR OTHER ENFORCEMENT OFFICER:

**WHEREAS**, on September 5, 2024, a Judgment was entered in the captioned action commenced in the Supreme Court of New York, New York County, between Acquiom Agency Services LLC, as plaintiff, and Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC, and CBRM Realty Inc., as defendants, in favor of Acquiom Agency Services LLC, as judgment creditor, and against Fox Capital LLC, CBCC 1 LLC, CBCC 2 LLC, CBCC 3 LLC, CBCC 4 LLC, CBCC 5 LLC, Westwood Jackson Apts MM LLC, Westwood Jackson Apts LLC, and CBRM Realty Inc., as judgment debtors, in the amount of $21,020,452.60, of which $21,020,452.60 plus interest from September 5, 2024, remains due and unpaid, less $4,000.00 applied against accrued post-judgment interest;

**WHEREAS**, the Judgment was duly assigned by plaintiff Acquiom Agency Services LLC to Spano Investor LLC by instrument filed with the Clerk of the Court on September 9, 2024, which is now therefore entitled to enforce the Judgment;

**NOW, THEREFORE, WE COMMAND YOU** to satisfy the said Judgment out of the real and personal property of judgment debtor CBRM Realty Inc., as defendant, in favor of Spano Investor LLC, as assignee of Acquiom Agency Services LLC, judgment creditor, and against CBRM Realty Inc. and the debts due to it; and that only the property in which said judgment debtor who are not deceased have an interest or the debts owed to them shall be levied upon and sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor, including but not limited to the following personal property:

> **All of judgment debtor's right, title and interest as member or otherwise in:**
>
> **Crown Capital Holdings LLC, a Delaware limited liability company, c/o Moshe Silber, 41 Powder Horn Road, Suffern, NY 10901**
>
> **100 Phillips Parkway LLC, a Delaware limited liability company, c/o Moshe Silber, 41 Powder Horn Road, Suffern, NY 10901**
>
> **JM Realty Advisory LLC, a Delaware limited liability company, c/o Moshe Silber, 41 Powder Horn Road, Suffern, NY 10901**
>
> **Carriage House Apts LLC, a Delaware limited liability company, c/o Moshe Silber, 41 Powder Horn Road, Suffern, NY 10901**

Pursuant to CPLR 5205(l) $3,425 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR 5205(l)(2), is exempt from execution and the garnishee cannot levy upon or restrain $3,425 in such an account.

Pursuant to CPLR 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652, as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtors and their dependents.

NOW, THEREFORE, YOU ARE REQUIRED by CPLR 5232(a) to transfer to the enforcement officer all personal property not capable of delivery in which the judgment debtors are known or believed to have an interest now or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the enforcement officer, upon maturity, all debts now due or hereafter becoming due from you to the judgment debtors, including any debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;

AND TAKE NOTICE that until such transfer or payment is made or until expiration of 90 days after the service of this execution upon you or such further time as is provided by any order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment, or transfer of, or an interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the

enforcement officer, except upon direction of the enforcement officer or pursuant to an order of the court;

AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to the enforcement officer or as to which a proceeding under CPLR 5225 or 5227 has been brought.

Dated:    New York, New York
         December 13, 2024

*/s/ Bernard D'Orazio*
LAW OFFICES OF
BERNARD D'ORAZIO & ASSOCIATES, P.C.
Attorneys for Assignee Judgment Creditor
Spano Investor LLC
The Legal Studio @ 238 West 139th Street
New York, New York 10030
(212) 608-5300
bdorazio@dorazio-law.com

4

<u>ENDORSEMENT</u>

Please take notice that the following named defendants were not served with a summons herein:

**NOT APPLICABLE**

and that, as to them, the execution must be restricted as below prescribed.

An execution shall not be levied upon the sole property of such a defendant, but it may be collected out of real and personal property owned by him jointly with the other defendants who were summoned or with any of them, and out of the real and personal property of the latter and any of them.

LAW OFFICES OF
BERNARD D'ORAZIO & ASSOCIATES, P.C.
Attorneys for Attorneys for Assignee
Judgment Creditor Spano Investor LLC
The Legal Studio
@ 238 West 139th Street
New York, New York 10030
(212) 608-5300
bdorazio@dorazio-law.com

Name and address of Garnishee:

**Crown Capital Holdings LLC**
**c/o Moshe Silber**
**41 Powder Horn Road**
**Suffern, NY 10901**

**100 Phillips Parkway LLC,**
**c/o Moshe Silber**
**41 Powder Horn Road**
**Suffern, NY 10901**

**JM Realty Advisory LLC**
**c/o Moshe Silber**
**41 Powder Horn Road**
**Suffern, NY 10901**

**Carriage House Apts LLC**
**41 Powder Horn Road**
**Suffern, NY 10901**

5

Address of Judgment Debtor(s):

**CBRM Realty Inc.**
**c/o Moshe Silber**
**41 Powder Horn Road**
**Suffern, NY 10901**