# EXHIBIT J

**CSC**

www.cscglobal.com

CSC- Springfield

801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 1906527-0002 | **Order#** | 418746-1 |
| **Project Id :** | | **Order Date** | 07/14/2025 |

| | |
|---|---|
| **Subject:** | **SPANO INVESTOR LLC** |
| **Jurisdiction:** | **NY - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **July 01, 2025** |
| **Result:** | **Clear** |

Ordered by AILEEN VENES at WHITE & CASE LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

JOANN EDWARDS

Joann.Edwards@cscglobal.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CSC
www.cscglobal.com

Case 25-01295-MBK    Doc 1-10    Filed 07/18/25    Entered 07/18/25 12:43:34    Desc
Exhibit J    Page 3 of 3

CSC - Springfield
801 Adlai Stevenson Dr
Springfield IL, 62703-4261
800-877-2556
217-544-4657 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | 1906527-0002 | **Order#** | 418746-1 |
| **Project Id:** | | **Order Date:** | 07/14/2025 |
| **Additional Reference:** | | | |

**Subject:** Spano Investor LLC

**Jurisdiction:** NY - Rockland County

**Request for:** UCC Debtor

**Thru Date:** June 19, 2025

**Result:** Clear

**Request for:** State Tax Lien

**Thru Date:** June 19, 2025

**Result:** Clear

Ordered by AILEEN VENES at WHITE & CASE LLP

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Joann Edwards
Joann.Edwards@cscglobal.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.